**Louis E. Kaufman, appellee, v. Maurice W. Gordon, appellant.** Gen. No. 28,905.

Action to recover possession of premises. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Samuel Koenigsberg and Leo Wolf, for appellant; Clyde C. Fisher. of counsel. Louis L. Cohen, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Minnie Katzmann, appellant, v. Emma B. C. Rumsey et al., appellees.** Gen. No. 28,924.

Bill to enjoin cancellation of lease and to compel specific performance thereof. Decree for defendant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 27, 1924.

Loesch, Scofield, Loesch & Richards, for appellant. H. J. Rosenberg and Benjamin Rosenberg, for appellees.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Billie Mead, plaintiff in error.** Gen. No. 29,124.

Conviction of embezzlement. Error to the Municipal Court of Chicago; the Hon. William E. Helander, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed June 27, 1924.

Lester L. Bauer, for plaintiff in error; Thomas E. Swanson, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr. and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Isadore Tarshis, plaintiff in error.** Gen. No. 29,142.

Conviction of embezzlement. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed June 27, 1924.

Eugene McCaffrey, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Fitch delivered the opinion of the court.